PATRICK H. HICKS, ESQ., Bar # 004632
SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501
Telephone: 775.348.4888
Fax No.: 775.786.0127

Attorneys for Defendants
ELKO MINING GROUP LLC
and JACK MCMAHON

FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC - 4 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ALISSA SANCHEZ,

        Plaintiff,

vs.

ELKO MINING GROUP, LLC, a Nevada Limited Liability Company; and JACK MCMAHON, an Individual,

        Defendants.

Case No. 3:18-cv-00430-HDM-WGC

**STIPULATION TO VACATE PRE-ENE STATUS CONFERENCE**

        Plaintiff, ALISSA SANCHEZ, and Defendants, ELKO MINING GROUP, LLC and JACK MCMAHON, by and through their counsel of record, hereby stipulate to vacate the Pre-Early Neutral Evaluation Status Conference scheduled to be held at 10:00 a.m. on December 10, 2018.

///
///
///
///
///
///
///
///

FIRMWIDE:160725377.1 097298.1001

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501
775.348.4888

Counsel for the parties hereby certify that the parties have made initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and that Plaintiff has provided a computation of damages to Defendant pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(iii).

Dated: December 3, 2018               Dated: December 3, 2018

/s/Jakub P. Medrala                                    /s/Sandra Ketner
JAKUB P. MEDRALA                               PATRICK H. HICKS, ESQ.
THE MEDRALA LAW FIRM, PROF. LLC    SANDRA KETNER, ESQ.
                                                               LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
ALISSA SANCHEZ                                  Attorneys for Defendant
                                                               ELKO MINING GROUP LLC and JACK McMAHON

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of December, 2018.

2.

FIRMWIDE:160725377.1 097298.1001