1  PATRICK H. HICKS, ESQ., Bar # 004632
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway
   Suite 300
3  Las Vegas, NV 89169-5937
   Telephone: 702.862.8800
4  Fax No.: 702.862.8811
   phicks@littler.com
5
   SANDRA KETNER, ESQ., Bar # 8527
6  LITTLER MENDELSON, P.C.
   200 S. Virginia Street
7  8th Floor
   Reno, NV 89501
8  Telephone: 775.348.4888
   Fax No.: 775.786.0127
9  sketner@littler.com

10 Attorneys for Defendants
   ELKO MINING GROUP LLC
11 and JACK MCMAHON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALISSA SANCHEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>ELKO MINING GROUP, LLC, a Nevada Limited Liability Company; and JACK MCMAHON, an Individual,<br><br>        Defendants. | Case No. 3:18-cv-00430-HDM-WGC<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties herein, through their respective counsel, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501
775.348.4888

FIRMWIDE:161427315.1 097298.1001

Each party will bear its own costs and attorneys' fees. All appearing parties have signed this Stipulation, and there are no remaining claims or parties. No trial date has been set in this case.

Dated: January 15, 2019  Dated: January 15, 2019

/s/Jakub P. Medrala  /s/Sandra Ketner
JAKUB P. MEDRALA  PATRICK H. HICKS, ESQ.
THE MEDRALA LAW FIRM, PROF. LLC  SANDRA KETNER, ESQ.
  LITTLER MENDELSON, P.C.
Attorneys for Plaintiff
ALISSA SANCHEZ  Attorneys for Defendant
  ELKO MINING GROUP LLC and JACK McMAHON

**ORDER**

IT IS SO ORDERED.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE

Dated this __16th__ day of __January__, 2019.

2.

FIRMWIDE:161427315.1 097298.1001

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia Street
8th Floor
Reno, NV 89501
775.348.4888

# PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 200 S. Virginia Street, 8th Floor, Reno, Nevada 89501.1944. On January 15, 2019, I served the within document(s):

**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER**

[x] by serving the following parties electronically through CM/ECF.

[ ] by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Reno, Nevada addressed as set forth below.

Jakub P. Medrala, Esq.
The Medrala Law Firm
1091 S. Cimarron Road
Suite A-1
Las Vegas, NV 89145
jmedrala@medralaw.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 15, 2019, at Reno, Nevada.

/s/Esperansa Reinold
ESPERANSA REINOLD

FIRMWIDE:161427315.1 097298.1001